IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| QWANTELDRICK N. AMOS, | ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 1:12-cv-00115 ) Judge Haynes |
| ENOCH GEORGE, et al., | ) ) |
| Defendants. | ) |

## ORDER

Following the status conference held in this action on Tuesday, December 2, 2014, this action is **DISMISSED without prejudice** for Plaintiff to file claims in State court under the Governmental Tort Liability Act or other State laws. Plaintiff shall have sixty (60) days from entry of this Order to file his claims in State court. Defendants agree to waive any objections to the notice of, or timeliness of, Plaintiff's State court claims. Defendants also agree to provide Plaintiff with a pro se complaint form for the Maury County Circuit Court.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 3rd day of December, 2014.

WILLIAM J. HAYNES, JR.
United States District Judge